UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                          Government,     :          17 CR. 431 (RMB)
                                   :
       - against -              :          **ORDER**
                                   :
AUNDRAY WHITE,                     :
                                   :
                          Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, February 4, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 980 283 673#

Dated: January 29, 2025
       New York, NY

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                            **U.S.D.J.**