UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
                                 :
                Government,        :        17 CR. 431 (RMB)
                                 :
      - against -              :        **ORDER**
                                 :
AUNDRAY WHITE,                   :
                                 :
                Defendant.         :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 12, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 884 523 992#

Dated: March 5, 2025
      New York, NY

                                           *Richard M. Berman*
                                    **RICHARD M. BERMAN**
                                          **U.S.D.J.**