UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                      :
                          Government,        :        17 CR. 431 (RMB)
                                                                      :
        - against -                         :        **ORDER**
                                                                      :
AUNDRAY WHITE,                                   :
                                                                      :
                           Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 21, 2025 at 4:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 103 233 192#

Dated: May 14, 2025
       New York, NY

                                                        *Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                          **U.S.D.J.**