**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                        Government,     :     17 CR. 431 (RMB)
                                            :
      - against -                          :     **ORDER**
                                            :
AUNDRAY WHITE,                              :
                                            :
                        Defendant.      :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, June 4, 2025 at 9:30 A.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 103 233 192#

Dated: May 28, 2025
       New York, NY

                                                 **RICHARD M. BERMAN**
                                                                **U.S.D.J.**