**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,      :      17 CR. 431 (RMB)
                                           :
        - against -                      :      **ORDER**
                                           :
AUNDRAY WHITE,                             :
                                           :
                        Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 22, 2025 at 4:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 567 510 116#

Dated: July 16, 2025
      New York, NY

                                                              **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**