UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                         Government,        :        17 CR. 431 (RMB)
                                          :
         - against -            :        **ORDER**
                                          :
AUNDRAY WHITE,                           :
                                          :
                         Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 24, 2025 at 4:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 925 054 026#

Dated: September 10, 2025
       New York, NY

                                                                      **RICHARD M. BERMAN**
                                                                            **U.S.D.J.**