UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :       17 CR. 431 (RMB)
                                         :
     - against -                       :       **ORDER**
                                         :
AUNDRAY WHITE,                           :
                                         :
                    Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 5, 2025 at 4:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 969 095 337#

Dated: October 29, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**