**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                              :

                 Government,      :        17 CR 431 (RMB)

                              :

       - against -          :       **ORDER**

                              :

AUNDRAY WHITE,          :

                              :

               Defendant.      :

---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 6, 2026 at 4:00 P.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 862 270 559#

Dated: December 29, 2025
     New York, NY

                                    _Richard M. Berman_

                                **RICHARD M. BERMAN**
                                    **U.S.D.J.**