**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                                :

                               Government,            :            17 Cr. 431 (RMB)

             - against -                                   :            **ORDER**

AUNDRAY WHITE,                                         :

                             Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for March 3, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
       New York, NY

                                            **RICHARD M. BERMAN**
                                                 **U.S.D.J.**