**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                            Government,       :       17 Cr. 431  (RMB)

        - against -                          :       **ORDER**

AUNDRAY WHITE,                                :

                        Defendant.        :
-------------------------------------------------------------x


The supervised release hearing previously scheduled for March 3, 2026 at 12:00 P.M. is

hereby rescheduled to March 24, 2026 at 4:00 P.M. on Microsoft Teams. The Court will send

the link by email.


Dated: March 18, 2026
       New York, NY


_____
      **RICHARD M. BERMAN**
           **U.S.D.J.**