**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :

                                                  :

                     Government,          :          17 Cr. 431 (RMB)

                                                  :

      - against -                                :          **ORDER**

                                                  :

                                                  :

AUNDRAY WHITE,                            :

                                                  :

               Defendant.            :

-------------------------------------------------------------x


The supervised release hearing previously scheduled for May 6, 2026 at 9:00 AM is

adjourned to May 26, 2026 at 9:00 a.m. by video.  The Court will send the link by email.


Dated: May 1, 2026
      New York, NY


                                                 **RICHARD M. BERMAN**
                                                     **U.S.D.J.**