**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                               :

                Government,    :        17 CR. 431 (RMB)

                               :

        - against -          :        **ORDER**

                               :

AUNDRAY WHITE,              :

                               :

                Defendant.     :

----------------------------------------------------------------x

       The supervised release hearing is scheduled for Tuesday, May 26, 2026 at

9:00 A.M.

       The court will send the link via email.


Dated: May 21, 2026
      New York, NY

                               **RICHARD M. BERMAN**
                                    **U.S.D.J.**