**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                   :

                  Government,      :        17 CR. 431 (RMB)

                                   :

      - against -            :        **ORDER**

                                   :

AUNDRAY WHITE,              :

                                   :

               Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 8, 2026 at

9:00 A.M.

The court will send the link via email.


Dated: July 1, 2026
      New York, NY

                                 **RICHARD M. BERMAN**
                                    **U.S.D.J.**