**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 Cr. 431 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| AUNDRAY WHITE, | : | |
| | : | |
| Defendant. | : | |

--------------------------------------------------------------x

The supervised hearing previously scheduled for July 8, 2026 at 9:00 AM has been rescheduled to August 6, 2026 at 11:00 AM on Microsoft Teams. The Court will send the link by email.

Dated: July 9, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**