**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 17 CR. 431 (RMB)
:
- against - : **ORDER**
:
AUNDRAY WHITE, :
:
Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 7, 2026 at 10:00 A.M.

The court will send the link via email.

Dated: October 1, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**